Reset Form

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

CARL C. NIELSEN

      Plaintiff(s),

v.

BANK OF AMERICA, N.A., et al.

      Defendant(s).

Case No: 3:12-cv-05953

APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE
(CIVIL LOCAL RULE 11-3)

I, Andrew M. Lehmann, an active member in good standing of the bar of Michigan, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Trans Union, LLC in the above-entitled action. My local co-counsel in this case is Monica Katz-Lapides, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Schuckit & Associates, P.C., 4545 Northwestern Drive, Zionsville, IN 46077 | Tat & Associates, 1321 8th Street, Suite 4, Berkeley, CA 94710 |
| MY TELEPHONE # OF RECORD: (317) 363-2400 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: (510) 525-5100 |
| MY EMAIL ADDRESS OF RECORD: alehmann@schuckitlaw.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: mkl@tateandassociates-law.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: P75724.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated:                                            Andrew M. Lehmann
                                                                        APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Andrew M. Lehmann is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with local co-counsel designated in the application will constitute notice to the party.

Dated: 12/3/2012

UNITED STATES DISTRICT/MAGISTRATE JUDGE
Maria Elena James
United States Chief Magistrate Judge

PRO HAC VICE APPLICATION & ORDER